# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
      Appellant,
     vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
      Respondent.

No. 77489

**FILED**

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to dismiss a complaint. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Our review of the notice of appeal and other documents before this court reveals a jurisdictional defect. It appears that the notice of appeal was filed in the district court after the filing of a timely tolling motion for reconsideration,[1] *see* NRAP 4(a)(4); *AA Primo Builders, LLC v. Washington,* 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (holding that a post-judgment motion for reconsideration that is timely filed, in writing, specifically states its grounds, and asks for a substantive change to the judgment may be afforded NRCP 59(e) status and tolling effect under NRAP 4(a)(4)(C)), but before entry of a written order resolving that motion, rendering the notice of appeal premature. *See* NRAP 4(a)(6). It further appears that no formal,

---

[1]Appellant's motion is titled "Objection to Findings of Fact, Conclusions of Law & Order of Dismissal Filed 10-8-2018 & Notice of Appeal."

18-908196

written order resolving the tolling motion has been entered. Accordingly, it appears that we lack jurisdiction and we

ORDER this appeal DISMISSED.[2]

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Adriana Escobar, District Judge
       John Elvin Turner
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

---

[2]Appellant may file a new notice of appeal once the district court enters a written order resolving the motion.

SUPREME COURT
OF
NEVADA

(O) 1947A